IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 19-42570 |
| **DONALD R. TRIPLETT, JR.,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**AGREED ORDER GRANTING SHAWN VALK'S EMERGENCY
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS IT
APPLIES TO 103 ARROWHEAD WAY, MABANK, TEXAS 75156**

Upon consideration of the Emergency Motion for Relief from the Automatic Stay (the "Motion"),[1] as it applies to 103 Arrowhead Way, Mabank, Texas 75156 (the "Property") and the membership interest of the Debtor in the limited liability company known as TV Arrowhead, LLC ("TVA"), filed on September 24, 2019 by Shawn Valk (the "Movant") in the above-referenced case, the objections voiced in response, and the agreements of the parties at the hearing held on the Motion (the "Hearing"), the Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and for the reasons stated on the record at the Hearing, as agreed to by the parties hereto, cause exists to lift the automatic stay pursuant to the terms of this Order to permit the sale of the Property to occur. It is therefore

**ORDERED, ADJUDGED, AND DECREED that**

1.  The Motion is hereby GRANTED as provided herein.

2.  The automatic stay is lifted to allow the closing of the sale of the Property under the Contract.

3.  The Chapter 7 Trustee, Mark Weisbart (the "Trustee"), is authorized to execute such documents as are necessary to effectuate the closing of the sale of the Property by signing all

---

[1] All capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

ORDER GRANTING SHAWN VALK'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS IT
APPLIES TO 103 ARROWHEAD WAY, MABANK, TEXAS 75156- Page 1

required documents on behalf of Donald Triplett ("Triplett") in his individual capacity or as a member of TVA.

4. Triplett is also authorized to sign documents necessary to effectuate the sale, individually or as a member of TVA, but only to the extent that he has been given specific written authorization by the Trustee as to the particular document that Triplett is signing.

5. The reasonable and necessary costs of closing reflected on a HUD 1 Settlement Statement, including the 6% brokers' commission, shall be paid at the closing of the sale of the Property in accordance with the terms of the Contract, as that term is defined in the Motion.

6. After the payments authorized in Paragraph 5 above, the remaining balance of the sales proceeds ("Remaining Proceeds") from the sale of the Property shall be delivered to the trust account of the Trustee in this case to be held pending further Order of this Court. The Trustee shall hold the Remaining Proceeds until further order of this Court. The Trustee is authorized to pay any bond required to be paid by the Trustee out of the Remaining Proceeds.

7. To the extent of any dispute as to how the Remaining Proceeds held in this case by the Trustee shall be distributed by the Trustee, such dispute shall be decided by this Court and this Court shall have exclusive jurisdiction over any such disputes and shall hear and decide those disputes, including the ultimate distribution of the Remaining Proceeds.

8. Any actions pending in state court as to the issues now being determined by this Court as described herein are and shall remain stayed pending final disposition by this Court.

9. The fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

Signed on 09/26/2019

*Brenda T. Rhoades*     SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske
State Bar No. 16351640
Brandon J. Tittle
State Bar No. 24090436
PRONSKE & KATHMAN, P.C.
2701 Dallas Parkway, Suite 590
Plano, Texas 75093
(214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepc.com
Email: btittle@pronskepc.com

COUNSEL FOR SHAWN VALK

Agreed as to Form and Substance:

*/s/ Mark A. Weisbart*
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(214) 628-4903 – Telephone
Email: mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
(972)503-4033 – Telephone
Email: joyce@joycelindauer.com

CHAPTER 7 TRUSTEE