Joyce W. Lindauer
State Bar No. 21555700
Jeffrey M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## PLANO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DONALD TRIPLETT, JR.,** | § | **CASE NO. 19-42570** |
| | § | **Chapter 7** |
| Debtor. | § | |

## OBJECTION TO MOTION FOR RULE 2004 EXAMINATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Donald Triplett, Jr., Debtor in the above entitled and numbered case ("Debtor"), and files this his *Objection to Creditors Shawn Valk's and Ron Valk's Motion for Examination under Bankruptcy Rule 2004 of Donald R. Triplett,* and in support thereof would show as follows:

1. Debtor admits the allegations contained in Paragraph 1 of the Motion.

2. Debtor admits the allegations contained in Paragraph 2 of the Motion.

3. Debtor admits the allegations contained in Paragraph 3 of the Motion.

4. Debtor admits the allegations contained in Paragraph 4 of the Motion.

5. Debtor admits the allegations contained in Paragraph 5 of the Motion.

6. Debtor admits the allegations contained in Paragraph 6 of the Motion to the extent that documents so provide.

7.    Debtor admits the allegations contained in Paragraph 7 of the Motion as to the sale of the Lake House and the deposit of the proceeds of its sale with the Trustee of the Bankruptcy proceeding.  Debtor denies the allegation that contributions and expenditures for the ownership, improvement, furnishings, and maintenance of the Lake House were "bogus, … fabricated or deriv[ed] from materials/goods/services … for which he did not pay."

8.    Debtor admits the allegations contained in Paragraph 8 of the Motion.

9.    Debtor admits the allegations contained in Paragraph 9 of the Motion to the extent of Ron Valk's claims of fraud and his filing the "Rockwall County Case."  Debtor denies the assertion of fraud used as the basis of this claim.

10.    Debtor admits the allegations contained in Paragraph 10 of the Motion to the extent that documents so provide.

11.    Debtor admits the allegations contained in Paragraph 11 of the Motion to the extent that documents so provide.

12.    Debtor admits the allegations contained in Paragraph 12 of the Motion to the extent that Prosperity Bank-Victoria has filed a Proof of Claim, but denies the allegation that Debtor has been "kiting," or fraudulently writing, checks from the account of Copper Creek Distributors.

13.    Debtor denies the allegation contained in Paragraph 13 of the Motion that the Prosperity Bank-Victoria reveals any "theme of fraud" and denies that any monies owed by Debtor to Prosperity Bank-Victoria may be used as evidence of any alleged fraud levied by the Valks.

14.    Debtor denies the allegations contained in Paragraph 14 of the Motion to the extent that no "cause" exists that would warrant this Court to authorize the requested deposition and/or production of documents.

15.    Debtor admits the allegation contained in Paragraph 15 of the Motion to the extent

that it is a proper recitation of Rule 2004(a). Debtor denies the allegation in Paragraph 15 of the Motion to the extent that the citation from *In re Fearn*, 96 B.R. 135, 138 (Bankr. S.D. Ohio 1989) is improperly quoted and to the extent that, even when properly used, such citation does not apply in this instance since the meaning of this passage implies that the party requesting the examination must do so relative to the impacted parties' dealings, not to dealings with an outside third party. In an alternate reading of the passage, the examination may be conducted against other creditors dealing with the Debtor. Here, the Valks are attempting to support their demand for examination of the Debtor based upon their allegations of fraud between Debtor and a third party Bank, allegations that have not been levied by such Bank. They are not seeking to examine the creditor Bank. In either instance, while "the scope of a Rule 2004 examination is [indeed] broad…. it must first be determined that the examination is proper." *In re GHR Energy Corp.*, 35 B.R. 534, 537-38 (Bankr. D. Mass. 1983). "[E]xamination may be had only of those persons possessing *knowledge* of a debtor's acts, conduct or financial affairs so far as this relates to a debtor's proceeding in bankruptcy." *Id*. at 537 (emphasis added). Here, the Valks possess no such knowledge, but are basing their Motion on unfounded allegations.

16.     Debtor admits the allegations contained in Paragraph 16 of the Motion to the extent that they are proper recitations of Rule 2004(b) and case law.

17.     Debtor denies the allegation contained in Paragraph 17 to the extent that the cited case does not qualify the scope of Rule 2004 as "extremely" broad, and while it does state that "some [courts] have compared it to a 'fishing expedition,'" there is no mention that those courts view such "fishing expeditions" as a "lawful" exercise of the court's authority as asserted. *In re Hammond*, 140 B.R. 197, 201 (S.D. Ohio 1992). Indeed, in cases where "the debtor's interest may so greatly outweigh those of the examiner[, such]…examination should be quashed." *Id*. When

such examination is being sought for "purposes of abuse or harassment," a debtor may also avoid

a Rule 2004 examination." *Id*. Such harassment appears to be the motive underlying the Motion.

While the Debtor admits the allegation in Paragraph 17 that a party must meet the "good cause"

standard required to grant Rule 2004 examination, it denies that the Valks have established such

"good cause" and as such have failed to meet the requisite standard in this instance.

18.    Debtor admits the allegation contained in Paragraph 18 of the Motion to the extent

that it is a proper recitation of Fed. R. Bankr. P. Rule 2004(c).

19.    Debtor denies the allegation contained in Paragraph 19 of the Motion that cause

exists for ordering the requested examination of Debtor.  Further, the topic areas that are the

"focus" of the examination are unduly broad, non-specific, speculative, appear to be a "fishing

expedition" for information, and as such, lack any justification for a 2004 examination of the

Debtor.

20.    Debtor is not required to either admit or deny any allegation contained in Paragraph

20 of the Motion since such Paragraph states that the Valks "intend" to object to the

dischargeability of its debt at some point and "perhaps" to Debtor's general discharge under

Bankruptcy Code section 727 and Rule 4004.  That the Valk's might conceivably object or that

they intend to do so at some point in the future fails to qualify as an objection or objections at this

time.

21.    Debtor admits the allegation contained in Paragraph 21 of the Motion to the extent

of the Valks' willingness to cooperate and for scheduling matters.  Debtor denies the allegation

contained in Paragraph 21 of the Motion that the Valks may justify the application of subpoena

power due to the lack of "cause" for examination.

22.    Debtor admits the allegation contained in Paragraph 21 of the Motion that seven

(7) hours are permitted for discovery in Bankruptcy cases.

23.    Debtor denies the allegation contained in Paragraph 23 of the Motion that the Valks have need of the requested Documents nor does "cause" exist that would warrant this Court to order production of such for examination.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order denying the relief requested, and that the Court grant such other and further relief as it may deem just and proper.

Dated: December 2, 2016.

Respectfully Submitted,

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2016, a true and correct copy of the foregoing *Objection to Motion for Rule 2004 Examination* was forwarded via email pursuant to the Court's ECF system to those parties receiving electronic notice in this case and via United States first class mail, postage prepaid, to the parties on the attached service list.

**19-42570 Notice will be electronically mailed to:**

Jeffrey Bragalone on behalf of Creditor Abel Cortez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Albert W. White
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Alejandro J. Escoffie

jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Alfredo Balderrama
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Armando Briseno
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Arturo Zamarripa
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Bladimir A. Merlan
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Bronson Franklin
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Carlos Barrera
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Carlos M. Sanchez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Carmen J. Lucio
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Cesar Contreras
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Cesar Ortiz
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Charles Hensley
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Damian Baugh
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Daniel Gallegos, Jr.
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor David A. Palacios
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Domingo Aguilar
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Eduardo M. Sanmartin

jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Edwing Char
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Efrain Esquivel
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Efrain Rodriguez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Elijah J. Renaud
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Eric Hidalgo
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Farid E.M. Perez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Feliciano Rodriguez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Fernando O. Vega
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Gerardo Rodriguez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Guadalupe Rodriguez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Ignacio Solis
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Ismael Cabrera
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Ismael Hernandez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Israel Ortiz
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Ivan Esquivel
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jamarshea C. Boyd

jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor James Parker
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jean R. Renaud
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jimmy Parker
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Johnny Parker
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Johnny Parker, Jr.
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jonathan Munoz
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jose J. Aguilar
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jose J. Sanchez-Escoffie
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jose M. Mares
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jose O. Cortes
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jose S. Escoffie
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Jose S. Garcia
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Joseph Daniel Castellano
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Josue Martinez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Juan Arismendez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Juan Cortez

jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Kevin A. Johnson
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Kourtney D. Estelle
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Lewis Parker
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Liseth P. Pereira
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Luis A. Torres
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Maclovio Sosa
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Marco Caballero
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Mark A. Martinez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Marvin Brown
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Michael Bustos
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Michael Garza
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Miguel Angel
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Miguel Montes
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Nestor M. Velez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Nicolas Vera
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Oswaldo Garcia

jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Phil Johnson
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Rafael Castro
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Ricardo Cruz
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Ricardo G. Solomon
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Richard Bolivar
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Richard L. Mendoza
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Richardo Cantu
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Roberto Garcia-Lopez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Rodrigo Martinez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Santos Garcia
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Saul Arriaga
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Saul Diaz
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Sean Brigida
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Shantinelle Rogers
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Stanley L. Carrington, Jr.
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor TeShaun Allen

jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Thomas Gallegos
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Tiburcio Cortez
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Victor Lucio
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Wilberg C. Prens
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Willie Lee
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Willie Parker
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Wilmer I. Zavala
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Wilmer L. Meza
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Bragalone on behalf of Creditor Yerly DeLeon
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

David R. Gibson on behalf of Debtor Donald R Triplett, Jr.
david.gibson@gibsonlawgroup.com, natalie.aguilar@gibsonlawgroup.com

Ronald L. Holmes on behalf of Creditor Shawn Valk
ron@theholmesfirm.com

Joyce W. Lindauer on behalf of Debtor Donald R Triplett, Jr.
joyce@joycelindauer.com,
dian@joycelindauer.com;gina@joycelindauer.com;ecfnotices@joycelindauer.com

Daniel F. Olejko on behalf of Creditor Abel Cortez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Albert W. White
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Alejandro J. Escoffie
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Alfredo Balderrama
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Armando Briseno
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Arturo Zamarripa
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Bladimir A. Merlan
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Bronson Franklin
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Carlos Barrera
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Carlos M. Sanchez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Carmen J. Lucio
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Cesar Contreras
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Cesar Ortiz
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Charles Hensley
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Damian Baugh
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Daniel Gallegos, Jr.
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor David A. Palacios
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Domingo Aguilar
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Eduardo M. Sanmartin
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Edwing Char
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Efrain Esquivel
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Efrain Rodriguez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Elijah J. Renaud
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Eric Hidalgo
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Farid E.M. Perez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Feliciano Rodriguez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Fernando O. Vega
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Gerardo Rodriguez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Guadalupe Rodriguez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Ignacio Solis
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Ismael Cabrera
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Ismael Hernandez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Israel Ortiz
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Ivan Esquivel
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jamarshea C. Boyd
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor James Parker
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jean R. Renaud
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jimmy Parker
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Johnny Parker
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Johnny Parker, Jr.
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jonathan Munoz
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jose J. Aguilar
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jose J. Sanchez-Escoffie
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jose M. Mares
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jose O. Cortes
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jose S. Escoffie
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Jose S. Garcia
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Joseph Daniel Castellano
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Josue Martinez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Juan Arismendez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Juan Cortez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Kevin A. Johnson
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Kourtney D. Estelle
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Lewis Parker
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Liseth P. Pereira
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Luis A. Torres
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Maclovio Sosa
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Marco Caballero
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Mark A. Martinez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Marvin Brown
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Michael Bustos
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Michael Garza
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Miguel Angel
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Miguel Montes
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Nestor M. Velez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Nicolas Vera
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Oswaldo Garcia
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Phil Johnson
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Rafael Castro
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Ricardo Cruz
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Ricardo G. Solomon
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Richard Bolivar
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Richard L. Mendoza
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Richardo Cantu
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Roberto Garcia-Lopez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Rodrigo Martinez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Santos Garcia
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Saul Arriaga
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Saul Diaz
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Sean Brigida
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Shantinelle Rogers
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Stanley L. Carrington, Jr.
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor TeShaun Allen
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Thomas Gallegos
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Tiburcio Cortez
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Victor Lucio
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Wilberg C. Prens
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Willie Lee
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Willie Parker
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Wilmer I. Zavala
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Wilmer L. Meza
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Daniel F. Olejko on behalf of Creditor Yerly DeLeon
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Lauren Powell on behalf of Creditor The Johnson Living Trust
lauren@powelllawoffices.com

Gerrit M. Pronske on behalf of Creditor Shawn Valk
gpronske@pronskepc.com,
admin@pronskepc.com;lvargas@pronskepc.com;jkathman@pronskepc.com;btittle@pronskepc.com

John David Reed on behalf of Creditor Shawn Valk
jd@theholmesfirm.com

Laurie A. Spindler on behalf of Creditor Dallas County
laurie.spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com

Brandon J. Tittle on behalf of Creditor Shawn Valk
btittle@pronskepc.com, lvargas@pronskepc.com;gpronske@pronskepc.com;jkathman@pronskepc.com

Robert L. Tobey on behalf of Creditor Shawn Valk
Robert@jtlaw.com, jan@jtlaw.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

Mark A. Weisbart
[mark@weisbartlaw.net](mark@weisbartlaw.net), [mweisbart@iq7technology.com;tsimmons@weisbartlaw.net](mweisbart@iq7technology.com;tsimmons@weisbartlaw.net)

Mark A. Weisbart on behalf of Trustee Mark A. Weisbart
[mark@weisbartlaw.net](mark@weisbartlaw.net), [mweisbart@iq7technology.com;tsimmons@weisbartlaw.net](mweisbart@iq7technology.com;tsimmons@weisbartlaw.net)

        */s/ Joyce W. Lindauer*
        Joyce W. Lindauer

Label Matrix for local noticing
0540-4
Case 19-42570
Eastern District of Texas
Sherman
Mon Dec  2 18:32:11 CST 2019

A2Z Irrigation Specialist
906 Peach St
Trinidad, TX 75163-7081

ACAR Leasing Ltd.
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

ARS National Service LLC
PO Box 469046
Escondido, CA 92046-9046

ATT Business
PO Box 6463
Carol Stream, IL 60197-6463

American Airlines Credit Plan
PO Box 9001006
Louisville, KY 40290-1006

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Anderson, Mike
1101 A North Little School Road
Arlington, TX 76017-1900

Apex Protection
5034 Branch Hallow
Garland, TX 75043-2631

Ashley Furniture
PO Box 960061
Orlando, FL 32896-0061

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548

August REI Loan Servicing
PO Box 496644
Garland, TX 75049-6644

Bank of America
PO Box 25118
Tampa, FL 33622-5118

Barry Buchanan
2604 Ridge Rd
Rockwall, Texas 75087-5524

Bausen Texas Inc
5429 LBJ Freeway Suite 700
Dallas, TX 75240-2610

Best Buy Credit Services
PO Box 78009
Phoenix, AZ 85062-8009

Black & Williams
4851 LBJ Freeway Suite 750
Dallas, TX 75244-6012

Black, Keith
1101 A North Little School Road
Arlington, TX 76017-1900

Jeffrey Bragalone
Bragalone Conroy PC
2200 Ross Ave., Ste 4500W
Dallas, TX 75201-7924

Bralcays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Cain & Weiner
PO Box 55848
Sherman Oaks, CA 91413-0848

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599

Capital One Bank
PO Box 85026
Richmond, VA 23285-5026

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One Bank - Spark
PO Box 60599
City of Industry, CA 91716-0599

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Citibank / CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

City of Frisco
PO Box 2730
Frisco, TX 75034-0051

Colonial Bank
2600 West Freeway
Ft Worth, TX 76102-7109

Colonial Bank
5250 Highway 78 Suite 100
Sachse, TX 75048-4253

Colonial Title
c/o Jonathan Nowell
151 Municipal Dr
Gun Barrel City, TX 75156-3709

Colony Specialty Insurance
PO Box 6251
Pittsburgh, PA 15212-0251

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Conns Appliance Inc
3295 College St
Beaumont, TX 77701-4611

Cowboys Card Services
PO Box 60517
City of Industry, CA 91716-0517

Credit Collection Services
PO Box 55126
Boston, MA 02205-5126

Credit Management, LP
6080 Tennyson Parkway, Suite 100
Plano, TX 75024-6002

Credit Management, LP
6081 Tennyson Parkway, Suite 100
Plano, TX 75024

Credit One
PO Box 60500
City of Industry, CA 91716-0500

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

Dell
One Dell Way
Round Rock, TX 78682-0001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Department of the Treasury (2008)
Internal Revenue
Ogden, UT 84201-0001

Department of the Treasury (2010)
Internal Revenue
Ogden, UT 84201-0001

Department of the Treasury (2011)
Internal Revenue
Ogden, UT 84201-0001

Department of the Treasury (2014)
Internal Revenue
Ogden, UT 84201-0001

Department of the Treasury. (2006)
Internal Revenue
Ogden, UT 84201-0001

Department of the Treasury. (2007)
Internal Revenue
Ogden, UT 84201-0001

FBCS, Inc
330 S. Warminister Road, Suite 353
Hatboro, PA 19040-3433

Financial Recovery Services Inc
PO  Box 385908
Minneapolis, MN 55438-5908

First National Credit Card
PO Box 2496
Omaha, NE 68103-2496

FirstSource Advantage, LLC
PO Box 628
Buffalo, NY 14240-0628

GC Services Limited Partnership
DEPT HOVS 052 PO Box 3044
Livonia, MI 48151-3044

GM Financial Leasing
PO Box 78143
Phonix, AZ 85062-8143

Geico
One Geico Plaza
Bethesda, MD 20810-0001

Generation Brands
3821 Juniper Trace
Austin, TX 78738-5506

David R. Gibson
15400 Knoll Trail Dr.
Suite 320
Dallas, TX 75248-7070

Gibson Law Group
15400 Knoll Trail, Suite 320
Dallas, TX 75248-7070

Gibson Law Group
15401 Knoll Trail, Suite 320
Dallas, TX 75248

Gibson Law Group
15402 Knoll Trail, Suite 320
Dallas, TX 75248

Haltom, Jeremy
1101 A North Little School Road
Arlington, TX 76017-1900

Ronald  L. Holmes
Holmes Firm PC
14911 Quorom Dr., Ste. 340
Dallas, TX 75254-1447

Infiniti Financial
PO Box 740596
Cincinnati, OH 45274-0596

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

Kay Jewlers
PO Box 23013
Columbus, GA 31902-3013

Kerygma Glass
1227 Goodnight Lane
Dallas, TX

Kevin Otto
1165 Cherry Street
Popular Bluff, MO 63901-5532

Kohl's
PO Box 30510
Los Angeles, TX 90030-0510

LLK Properties
12222 Merit Drive, Suite 1200
Dallas, TX 75251-2231

Law Office of David Stephan
3304 FoxCreek
Richardson, TX 75082-3076

Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Lowes
PO Box 965005
Orlando, FL 32896-5005

Midland Credit Management
PO BOX 2121
Warren, MI 48090-2121

Midland Credit Management
PO Box 51319
Los Angeles, CA 90051-5619

Midland Funding
320 E Big Beaver Road Ste
Troy, MI 48083-1271

Midland Funding
321 E Big Beaver Road Ste
Troy, MI 48083

Midland Funding
322 E Big Beaver Road Ste
Troy, MI 48083

Monitronics International
12747 Olive Blvd, Suite 250
St. Louis, MO 63141-6278

Morgan & Associates
2601 N.W. Expressway Suite 2305
Oklahoma City, OK 73112-7265

NTTA
PO Box 660244
Dallas, TX 75266-0244

Nebraska Furniture Mart
PO Box 2335
Omaha, NE 68103-2335

Daniel F. Olejko
Bragalone Conroy PC
2200 Ross Ave., Ste 4500W
Dallas, TX 75201-7924

Oliphant Financial, LLC
330 S. Warminister Road, Suite 353
Hatboro, PA 19040-3433

Israel Ortiz

Overstock.com/Comenity CB
PO Box 659707
San Antonio, TX 78265-9707

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

PayPal Credit
PO Box 5138
Timonium, MD 21094-5138


Perfection Collection
313 E 1200 S. Suite 102
Orem, UT 84058-6910

(p)PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

Pirch
9620 Town Center Drive - Suite 100
San Diego, CA 92121-9603


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery Associates, LLC
PO Box 115220
Carrollton, TX 75011-5220

Pot O Gold
15634 Wallisville Road Suite 800-336
Houston, TX 77049-4635


Lauren Powell
Powell Law Offices, P.C.
2331 Mustang Dr.
Suite 400
Grapevine, TX 76051-1013

ProCraft Cabinetry Dallas
2230 LBJ Freeway
Dallas, TX 75234-7420

Professional Account Management LLC
PO 863867
Plano, TX 75086-3867


Professional Account Management LLC
PO BOX 863867
Plano, TX 75086-3867

Professional Account Management LLC
PO Box 866608
Plano, TX 75086-6608

Gerrit M. Pronske
Pronske & Kathman, P.C.
2701 Dallas Parkway
Suite 590
Plano, TX 75093-1635


Prosperity Bank
6600 Murphy Road
Sachse, TX 75048-2836

Prosperity Bank-Victoria
101 South Main Street
Victoria, TX 77901-8154

Rapid Capital Finance
12720 Hillcrest Road Suite 108
Dallas, TX 75230-2079


Reagan R. Herod
The Gibson Law Group
Knoll Trial Crossing
15400 Knoll Trial Drive #320
Dallas, TX 75248-7070

John David Reed
Holmes Firm PC
14911 Quorom Dr., Ste. 340
Dallas, TX 75254-1447

Ron Valk d/b/a Platinum Construction
C/O
Ronald Holmes
Holmes Firm, PC
14911 Quorum Drive, Ste. 340
Dallas, Texas 75254-1447


Rooms to Go / SYNCB
PO Box 965036
Orlando, FL 32896-5036

Rylander, Nathan
5001 Spring Valley Road Suite 400W
Dallas, TX 75244-3977

Scott & Associates
PO Box 113297
Carrollton, TX 75011-3297


Sheldon Snyder
301 East 4th Street
Dalhart, TX 79022-2750

Silver Leaf Resorts
8505 W. Irlo Bronson Memorial Hwy
Kissimmee, FL 34747-8217

Simpson Law
1755 North Collins Blvd, Suite 105
Richardson, TX 75080-3593


Soci Inc
2625 North Josey Lane
Carrollton, TX 75007-5543

Southwest Credit
4120 International Pkwy Suite 1100
Carrollton, TX 75007-1958

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

StarTex Power
PO Box 5471
Carol Stream, IL 60197-5471

Suddenlink
PO Box 660365
Dallas, TX 75266-0365

Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061


Synchrony Bank
PO Box 965064
Orlando,, FL 32896-5064

TD Bank, USA
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Tampa Bay Motor Works
14010 Dr. Martin Luther King Blvd
Dover, FL 33527-4604


Target
PO Box 660170
Dallas, TX 75266-0170

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Gibson Law Group, PC
15400 Knoll Trail Dr. #205
Dallas, TX 75248-3465


Three Star Sachse
5001 Spring Valley Road Suite 400W
Dallas, TX 75244-3977

Brandon J. Tittle
Pronske & Kathman, P.C.
2701 Dallas Parkway
Suite 590
Plano, TX 75093-1635

Robert L. Tobey
Johnston Tobey, PC
12377 Merit Drive, Suite 880
Dallas, TX 75251-2257


Donald R Triplett Jr.
7018 Cottonwood Cr
Sachse, TX 75048-2115

U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204

U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Valero
PO Box 300
Amarillo, TX 79105-0300


Shawn Valk
c/o Gerrit M. Pronske
2701 Dallas Parkway, Suite 590
Plano, TX 75093-1635

Valk, Robert Shawn
3308 Oak Grove Avenue
Dallas, TX 75204-2370

Valk, Ronald C
3308 Oak Grove Avenue
Dallas, TX 75204-2370


Vicostone
11620 Goodnight Lane Suite 100
Dallas, TX 75229-3358

WW Wood Products Inc
3102 Maple Avenue Suite 200
Dallas, TX 75201-1369

Walmart
PO Box 530927
Atlanta, GA 30353-0927


Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

Zales
PO Box 659819
San Antonio, TX 78265-9119

kay Jewlers
PO Box 740425
Cincinnati, OH 45274-0425



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711

Department of the Treasury
Internal Revenue
Ogden, UT 84201

Phoenix Financial Services
PO Box 361450
Indianapolis, IN 46236-1450

Portfolio Recovery Associates, LLC
150 Corporate Blvd
Norflok, VA 23502

(d)Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, TX 23541

(d)Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)A-Car Leasing

(d)A2Z Irrigation Specialist
906 Peach Street
Trinidad, TX 75163-7081

(u)Domingo Aguilar

(u)Jose J. Aguilar

(u)TeShaun Allen

(u)Miguel Angel

(u)Juan Arismendez

(u)Saul Arriaga

(u)Alfredo Balderrama

(u)Carlos Barrera

(u)Damian Baugh

(u)Richard Bolivar

(u)Jamarshea C. Boyd

(u)Sean Brigida

(u)Armando Briseno

(u)Marvin Brown

(u)Michael Bustos

(u)Marco Caballero

(u)Ismael Cabrera

(u)Ricardo Cantu

(u)Stanley L. Carrington, Jr.

(u)Joseph Daniel Castellano

(u)Rafael Castro

(u)Edwing Char

(u)Cesar Contreras

(u)Jose O. Cortes

(u)Abel Cortez

(u)Juan Cortez

(u)Tiburcio Cortez

(u)Ricardo Cruz

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

(u)Yerly DeLeon

(u)Saul Diaz

(u)Alejandro J. Escoffie

(u)Jose S. Escoffie

(u)Efrain Esquivel

(u)Ivan Esquivel

(u)Kourtney D. Estelle

(u)Bronson Franklin

(u)Thomas Gallegos

(u)Daniel Gallegos, Jr.

(u)Jose S. Garcia

(u)Oswaldo Garcia

(u)Santos Garcia

(u)Roberto Garcia-Lopez

(u)Michael Garza

(u)Charles Hensley

(u)Ismael Hernandez

(u)Eric Hidalgo

(u)IRS Tax Lien

(u)Kevin A. Johnson

(u)Phil Johnson

(u)Willie Lee

(u)Carmen J. Lucio

(u)Victor Lucio

(u)Jose M. Mares

(u)Josue Martinez

(u)Mark A. Martinez

(u)Rodrigo Martinez

(u)Richard L. Mendoza

(u)Bladimir A. Merlan

(u)Wilmer L. Meza

(u)Miguel Montes

(u)Jonathan Munoz

(u)Cesar Ortiz

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)David A. Palacios

(u)James Parker

(u)Jimmy Parker

(u)Johnny Parker

(u)Lewis Parker

(u)Willie Parker

(u)Johnny Parker, Jr.

(u)Liseth P. Pereira

(u)Farid E.M. Perez

(u)Wilberg C. Prens

(d)Professional Account Management LLC
PO Box 863867
Plano, TX 75086-3867

(u)Elijah J. Renaud

(u)Jean R. Renaud

(u)Efrain Rodriguez

(u)Feliciano Rodriguez

(u)Gerardo Rodriguez

(u)Guadalupe Rodriguez

(u)Shantinelle Rogers

(u)Carlos M. Sanchez

(u)Jose J. Sanchez-Escoffie

(u)Eduardo M. Sanmartin

(u)Ignacio Solis

(u)Ricardo G. Solomon

(u)Maclovio Sosa

(u)The Johnson Living Trust

(u)Luis A. Torres

(u)Fernando O. Vega

(u)Nestor M. Velez

(u)Nicolas Vera

(d)Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

(u)Albert W. White

(u)Arturo Zamarripa

(u)Wilmer I. Zavala

End of Label Matrix
Mailable recipients   146
Bypassed recipients    99
Total                 245