Joyce W. Lindauer
ATTORNEY AT LAW
12720 Hillcrest Rd, Ste 625
Dallas, Texas 75230
Phone (972) 503-4033
Fax (972)503-4034
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## PLANO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DONALD TRIPLETT, JR. | § | |
| | § | CASE NO. 19-42570 |
| | § | |
| DEBTOR. | § | |

## RESPONSE TO MOTION FOR RELIEF FROM STAY
## OF ACTION AGAINST PROPERTY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Donald Triplett, Jr. ("Debtor"), and files this his Response to Motion for Relief from Stay of Action Against Property and in support of same would show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1334 and 157(b)(2). This is a core proceeding.

2. Debtor denies the relief sought in the Motion. If the Debtor is behind in payments, he would like the opportunity to cure same. The property is necessary for reorganization, as he has equity and it is the Debtors home.

WHEREFORE, PREMISES CONSIDERED, the Debtor request that the Motion be denied; and grant such other and further relief to which the Debtor may show himself justly entitled.

Respectfully submitted,

By: /s/ Joyce Lindauer
Joyce W. Lindauer
State Bar No. 2155700
12720 Hillcrest Rd, Ste 625
Dallas, Texas 75230
ATTORNEY FOR
DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to Motion for Relief From Stay of Action Against Property was served on the parties listed below, at the addresses indicated via electronic delivery or by deposit in the United States mail, first class postage pre-paid on December 9, 2019

 /s/ Joyce Lindauer
Joyce W. Lindauer

DEBTOR:
Donald R. Triplett, Jr.
7018 Cottonwood Cr
Sachse, TX 76048

Chapter 7 Trustee,
Mark Weisbart
Via ECF

U.S. Trustee
Via ECF

All parties requesting
notice
Via ECF

OBJECTION  - Page 2

PLAINTIFF'S
ATTORNEY
Lauren Powell
Via ECF