IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-42570 |
| DONALD TRIPLETT, JR., | § § § | CHAPTER 7 |
| Debtor. | § | |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO 11 U.S.C. §362(e) FILED BY LAWRENCE JOHNSON AS TRUSTEE FOR THE JOHNSON LIVING TRUST**

ON NOVEMBER 24, 2019, a *Motion for Relief from Stay of Action Against Debtor Pursuant to 11 U.S.C. § 362(a) and Waiver of Thirty Day Requirement Pursuant to 11 U.S.C. §362(e)* [Docket No. 54] ("Motion") was filed by **Lawrence Johnson as Trustee for the Johnson Living Trust** ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. On December 9, 2019, Debtor Donald Triplett, Jr. ("Debtor") objected to the Motion. [Docket No. 59]. No other objections or responses to the Motion were filed by any party. After considering the pleadings and the agreement of the parties manifested by this Order, the Court finds good cause for entry of the same. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Debtor shall pay Movant the total sum of FIVE THOUSAND DOLLARS ($5,000.00) by no later than January 9, 2020. It is further

**ORDERED, ADJUDGED AND DECREED** that Debtor shall pay Movant the agreed balance of the arrears, being SIX THOUSAND, EIGHT HUNDRED, EIGHTY-TWO AND 59/100 DOLLARS ($6,882.59) by no later than January 31, 2020. It is further

**ORDER GRANTING MOTION FOR RELIEF FROM STAY – 7018 Cottonwood Circle**        1

**ORDERED, ADJUDGED AND DECREED** that if Debtor becomes delinquent in payments pursuant to this Order or post-petition installment payments pursuant to the Seller Financing Agreement with Movant, such delinquency shall constitute a Default. Upon Default, Movant may give both Debtor and Debtor's counsel of record in this bankruptcy case a written notice of default providing Debtor three (3) days to cure the Default. It is further

**ORDERED, ADJUDGED AND DECREED** that if Debtor fails to cure a Default after written notice and opportunity to cure, the Automatic Stay under 11 U.S.C. § 362(a) shall immediately terminate without further order of this Court so as to authorize the Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described, to wit: the house and real property located at 7018 Cottonwood Circle, Sachse, TX 75048. It is further

**ORDERED, ADJUDGED AND DECREED** that the Debtor will contact the Movant's servicer for all payment, accounting and timing issues; it is further

**ORDERED, ADJUDGED AND DECREED** that upon termination of stay, the fourteen-day provision of Rule 4001(a)(3) is waived and Movant, its successors and assigns may immediately enforce and implement this Order upon termination of the Stay.

SIGNED:

Signed on 1/9/2020

_Brenda T. Rhoades_ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
ATTORNEYS FOR DEBTOR

Approved as to form and content:

Lauren Powell

**ORDER GRANTING MOTION FOR RELIEF FROM STAY – 7018 Cottonwood Circle**    2

State Bar No. 24075656
Powell Law Offices, P.C.
2331 Mustang Dr., Suite 400
Grapevine, TX 76051
ATTORNEY FOR JOHNSON LIVING TRUST