Joyce W. Lindauer
State Bar No. 21555700
Jeffrey M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DONALD TRIPLETT, JR.,** | § | **CASE NO. 19-42570** |
| | § | **Chapter 7** |
| Debtor. | § | |

**RESPONSE TO CREDITORS' EMERGENCY MOTION FOR SECOND EXTENSION OF DEADLINE FOR FILING COMPLAINTS UNDER 11 U.S.C. §§ 523 & 727**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Donald Triplett, Jr., Debtor in the above entitled and numbered case ("Debtor"), and files this his *Response to Creditor's Emergency Motion for Second Extension of Deadline for Filing Complaints Under 11 U.S.C. §§ 523 & 727,* and in support thereof would show that the Debtor is not opposed to an extension of the deadline for filing complaints by these creditors, and suggests a 60 day extension would be reasonable

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order granting the relief requested to the extent that the desired extension of the deadline for filing complaints be for 60 days from March 16, 2020, and that the Court grant such other and further relief as it may deem just and proper.

Dated: March 4, 2020.

        Respectfully Submitted,

        */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Jeffrey M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2020, a true and correct copy of the foregoing *Response to Creditor's Emergency Motion for Second Extension of Deadline for Filing Complaints Under 11 U.S.C. §§ 523 & 727* was forwarded via email pursuant to the Court's ECF system to the parties listed below.

Jeffrey Bragalone
jbragalone@bcpc-law.com, bcpcserv@bcpc-law.com

David R. Gibson
david.gibson@gibsonlawgroup.com, natalie.aguilar@gibsonlawgroup.com

Ronald L. Holmes
ron@theholmesfirm.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;gina@joycelindauer.com;ecfnotices@joycelindauer.com

Daniel F. Olejko
dolejko@bcpc-law.com, bcpcserv@bcpc-law.com

Lauren Powell
lauren@powelllawoffices.com

Gerrit M. Pronske
gpronske@pronskepc.com,
admin@pronskepc.com;lvargas@pronskepc.com;jkathman@pronskepc.com;btittle@pronskepc.com

John David Reed
jd@theholmesfirm.com

Laurie A. Spindler
laurie.spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com

Brandon J. Tittle
btittle@pronskepc.com,
lvargas@pronskepc.com;gpronske@pronskepc.com;jkathman@pronskepc.com

Robert L. Tobey
Robert@jtlaw.com, jan@jtlaw.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

Mark A. Weisbart
mark@weisbartlaw.net, mweisbart@iq7technology.com;tsimmons@weisbartlaw.net


        */s/ Joyce W. Lindauer*
        Joyce W. Lindauer