# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § § § § | Case No. 19-42570 |
| DONALD R. TRIPLETT, JR., | | Chapter 7 |
| Debtor. | | |

### ORDER GRANTING CREDITORS' AGREED MOTION TO MOVE HEARING DATE OF MOTION TO QUASH SUBPOENA MOTION FOR PROTECTIVE ORDER

Upon consideration of the *Creditors' Agreed Motion to Move Hearing Date of Motion to Quash Subpoena Motion for Protective Order* (the "Agreed Motion")[1] filed by Shawn Valk, Ron Valk, Jeremy Haltom, and Keith Black (collectively, the "Creditors"); and the Court having jurisdiction to consider the Agreed Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Agreed Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and the Creditors have shown good, sufficient and sound justification for the relief requested in the Agreed Motion and that the legal and factual bases set forth in the Agreed Motion establish just cause for the relief granted herein; any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, the Court hereby finds that the Agreed Motion should be granted as provided herein. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is **GRANTED.**

2. The Hearing Date of July 8, 2020, at 9:30 a.m. shall be rescheduled to July 14, 2020, at 9:30 a.m.

---

[1] All capitalized terms not otherwise defined herein shall the meanings ascribed to them in the Motion.

ORDER GRANTING CREDITORS' AGREED MOTION TO MOVE HEARING DATE OF MOTION TO QUASH SUBPOENA MOTION FOR PROTECTIVE ORDER —PAGE 1 OF 2

3. This Order is without prejudice to the Creditors' right to seek further extensions of the Hearing Date.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Signed on 07/02/2020

_Brenda T. Rhoades_ SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

*Please dial 1-888-675-2535, and use Access No. 4225607 and Security Code No. 6324, to attend the hearing. (A) Parties may submit exhibits by attaching the proposed exhibits to that party's witness and exhibit list. The proposed exhibits shall be marked in accordance with the Court's Local Bankruptcy Rules as if they were being offered at an in-person hearing.*
*(B) Parties may present direct witness testimony by affidavit or declaration under penalty of perjury. Such affidavit or declaration shall be attached to, and filed with, the witness and exhibit list. If there are no objections to the testimony, the party may proffer the testimony at the hearing. If there is an objection and an opposing party wishes to cross-examine the witness, (i) the party seeking cross-examination shall notify the party offering the witness and any other party-in-interest at least one day prior to the scheduled hearing, and (ii) the witness must be made available for cross-examination at the hearing.*